| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conway, Anne C | Middle District of Florida | 04/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 300<br>80 N. Hughey Avenue<br>Orlando, Fl 32801 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL 2007 APR 16 A 11: 42 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Laurel Homes, Inc. Salary |
| 2. | 2006 | Laurel Builders, Inc. Salary |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 04/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 04/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ltd. Partner, Robinson Properties, Ltd. | D | Distribution | M | U | | | | | |
| 2. Merrill Lynch CMA fund | A | Interest | J | T | | | | | |
| 3. Duplex residence, rental property, Orlando, Fl | D | Rent | M | R | | | | | |
| 4. Carlton Fields profit sharing trust | | None | N | T | | | | | |
| 5. Wachovia Bank | A | Interest | J | T | | | | | |
| 6. Robinson Properties Ltd- limited partner | | | | | | | | | see fn 4 |
| 7. Diversified Software System, Inc | | | | | | | | | see fn 4 |
| 8. Wachovia Bank common stock | | None | K | W | | | | | see fn 1 |
| 9. Hubbel, Inc Class B common stock | B | Dividend | K | W | | | | | see fn 1 |
| 10. VF Corporation common stock | A | Dividend | K | W | | | | | see fn 1 |
| 11. Laurel Homes, Inc common stock | D | Interest | P1 | U | | | | | see fn 1 |
| 12. Arbor Properties, Inc common stock | E | Interest | | | | | | | see fn 1 |
| 13. Customer Service, Inc common stock | B | Interest | K | W | | | | | see fn 1 |
| 14. Laurel Agency, Inc. common stock | | None | K | W | | | | | see fn 1 |
| 15. Metretek, Inc common & preferred stock | | None | J | W | | | | | see fn 1 |
| 16. Johnson, Motsinger, Trismen & Sharp partnership | | None | J | W | | | | | see fn 1 |
| 17. Laurel Builders, Inc common stock | | None | O | W | | | | | see fn 2 |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    S =Assessment
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 04/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schrimsher Exploration, Ltd - Ltd partner | A | Interest | J | W | | | | | see fn 1 |
| 19. Duplex rental property Orlando, Fl | D | Rent | M | R | | | | | |
| 20. Merrill Lynch IRA | | | | | | | | | see fn 2 |
| 21. Wachovia Bank - checking acct | A | Interest | | | | | | | see fn 1 |
| 22. Merrill Lynch CMA fund | D | Dividend | | | | | | | see fn 1 |
| 23. Trust income beneficial interest | C | Interest | | | | | | | see fn 1 |
| 24. Gucci, Inc common stock | A | Dividend | K | U | | | | | |
| 25. MS active assests account | A | Interest | K | T | | | | | |
| 26. MS Allianz NFJ mutual fund | | None | K | T | buy | 7/3 | J | | |
| 27. IRA 2 MSDW Information Fund B mutual fund | | None | J | T | sell | 7/3 | J | A | |
| 28. IRA 2 MS IVY Asset Strategy mutual fund | | None | K | T | buy | 7/3 | K | | |
| 29. MS Euro Equity Growth B mutual fund | A | Dividend | J | T | | | | | |
| 30. IRA 1 MS Focus Growth B mutual fund | | None | K | T | | | | | name change |
| 31. MS Div Growth B mutul fund | A | Dividend | K | T | | | | | |
| 32. IRA 1 Van Kampen Emerging Growth Mutual Fund | | none | K | T | sell | 6/28 | K | A | |
| 33. Robinson Property Ltd, General partner | D | Distribution | M | U | | | | | |
| 34. Robinson Property Ltd, Limited partner | D | Distribution | L | U | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes          P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000    P2 =$5,000,001 - $25,000,000
   (See Column C2)              Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
                                U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 04/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MS active asset account | | | | | | | | | see fn 4 |
| 36. MS Health Sciences mutual fund | | None | K | T | | | | | |
| 37. MS Aggressive Equity B mutual fund | | None | J | T | redeem | 12/8 | J | A | |
| 38. MS Capital Opportunities mutual fund | | None | J | T | buy | 12/8 | J | | |
| 39. MS (American Opportunities) Focus Growth mutual fund (1) | | None | J | T | | | | | name change |
| 40. MS Japan Fund B (3) | | None | J | T | | | | | see fn 4 |
| 41. MSDW Developing GRW Securities B Fund (2) | | | | | | | | | see fn 4 |
| 42. MSDW American Opportunities Fund B (3) | | | | | | | | | see fn 4 |
| 43. Van Kampen Small Cap Value B Fund (2) | | | | | | | | | see fn 4 |
| 44. Oppenheimer Quest Bal Val A mutual fund (1) | | None | J | T | | | | | |
| 45. Oppenheimer Quest Bal Val A mutual fund (3) | | | | | | | | | see fn 4 |
| 46. Amex S&P 500 Index Fund (2) | | | | | | | | | see fn 4 |
| 47. PIMCO Real Return Bond C | | | | | | | | | see fn 4 |
| 48. Vanguard Extended Vipers | | | | | | | | | see fn 4 |
| 49. Materials SelSecSpdrs FD | | | | | | | | | see fn 4 |
| 50. I shares MSCI Emerging MKts FD | | | | | | | | | see fn 4 |
| 51. I shares MSCI EAFE Fund | | | | | | | | | see fn 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 04/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Berkshire Hathaway B | | None | K | T | | | | | |
| 53. Berkshire Hathaway B | | | | | | | | | see fn 4 |
| 54. AmBoy Bank CD | | | | | | | | | see fn 4 |
| 55. Lehman Bros CD | | | | | | | | | see fn4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 04/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Duplex property costing $78,891 acquired 4/1/82

Part VII Duplex property costing $78,891 acquired 4/1/82

Footnote 1: no additional information is available

Footnote 2: Estimated value used because no current information is available

Footnote 3: Trust Common stocks: Exxon-Mobile Corp, Minnesota Mining & Manufacturing, Wachovia Bank.   No additional information is available.

Footnote 4: Assets on lines 6, 7, 35, 39-42, 44-50 and 52-54 are omitted because the owner is no longer a dependent.

Footnote 5: Assets on lines  6, 8, 42, 43, 45, 47, 49, 52, 54, 56, 58, and 59 of the 2005 report are omitted because the owner is no longer a dependent.

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 04/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date *April 9, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 1...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544